**Order entered May 20, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01495-CV

### IN THE MATTER OF THE GUARDIANSHIP OF DORIS L. TIPPS

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-13-3072-3**

## ORDER

By three separate motions, appellant requests an extension of time to file a reply brief to each of the three appellee's briefs that have been filed in this appeal. We **GRANT** the motions to the extent we **ORDER** appellant to file, no later than June 8, 2015, a single brief addressing the arguments in the three appellee's briefs and complying with the length limitations in the appellate rules. *See* TEX. R. APP. P. 9.4(i)(2)(C).

/s/  CRAIG STODDART
    JUSTICE